**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-24759-BB/DSW**

WILLIANNE ETIENNE,

     Plaintiff,

v.

JASON A. REDING, PETH HEGSETH,
and JOHN RATCLIFFE,

     Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon Plaintiff's Complaint and Request for Injunction, ECF No. [1]. The matter was assigned to Magistrate Judge Detra Shaw-Wilder. Because Judge Shaw-Wilder did not possess authority to issue a dispositive order in this case, she issued a Report and Recommendation (R&R) recommending that Plaintiff's Complaint be dismissed without prejudice because Plaintiff failed to pay the filing fee or file an Application to Proceed in District Court Without Prepaying Costs. ECF No. [7].

While the Report and Recommendation advised the parties they had fourteen (14) days to serve and file any written objections to the R&R, the Court determines any objections to the R&R would not excuse the failure to comply with the Court's order to pay the filing fee or file the proper application. Therefore, the Court concludes that the Complaint is dismissed without prejudice.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation, **ECF No. [7]**, is **ADOPTED**.

2. The Complaint is **DISMISSED WITHOUT PREJUDICE**.

Case No. 25-cv-24759-BB/DSW

3. The Clerk of Court is directed to **CLOSE** this case.

4. All pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, on March 12, 2026.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Willianne Etienne
6232 NW 36th Ave
Coconut Creek, FL 33073
PRO SE

2